

**Court Of Appeals**

**Fourth Court of Appeals District of Texas**

**San Antonio**

★ ★ ★        ★ ★ ★

**MEMORANDUM OPINION**

No. 04-10-00196-CV

**IN RE E.M.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
                 Phylis J. Speedlin, Justice
                 Steven C. Hilbig, Justice

Delivered and Filed: May 5, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On March 8, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and the response and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-PA-00095, styled *In the Interest of E.M., A Child*, in the 285th Judicial District Court, Bexar County, Texas, the Honorable Michael Peden presiding. However, the order complained of was signed by the Honorable Gloria Saldana, presiding judge of the 224th Judicial District Court, Bexar County, Texas